UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRIAN G. YOUNGOLDIS,

    Plaintiff,                                                 Civil Action No. 02-CV-71600

vs.                                                            HON. BERNARD A. FRIEDMAN

MICHAEL J. ASTRUE,

    Defendant.
_____/

## ORDER ACCEPTING AND ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMDATION

Magistrate Judge Virginia M. Morgan has submitted a Report and Recommendation ("R&R") in which she recommends that the court grant defendant's motion to reinstate and affirm defendant's decision on remand. Neither party has filed objections to the R&R and the time for doing so has expired. The court has reviewed the file and the R&R and finds that the magistrate judge's recommendation is sound. Accordingly,

IT IS ORDERED that defendant's motion to reinstate and affirm defendant's decision on remand [docket entry 7] is granted.

                                                        S/Bernard A. Friedman_____
Dated: November 9, 2010            BERNARD A. FRIEDMAN
      Detroit, Michigan              SENIOR UNITED STATES DISTRICT JUDGE